JOAN BRESNIHAN and JEREMIAH BRESNIHAN, Respondents, v. UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that no actionable negligence on the part of the defendant-appellant was shown. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes to affirm.

BENJAMIN SOLOMON, as Trustee in Bankruptcy for I. SHAININ & COMPANY, INCORPORATED, a Bankrupt, Appellant, v. EMIL N. BAAR and Others, Respondents, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [168 Misc. 439.]

MILDRED MATSON, Appellant, v. THE MARCUS CONTRACTING Co., INC., Respondent, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH L. NETTLES, as Receiver of the STOCKHOLDERS' LIABILITY OF THE PEOPLES STATE BANK OF SOUTH CAROLINA, Appellant, v. STARLING W. CHILDS and Others, Defendants, Impleaded with ALICE S. COFFIN and Others, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN KLINGER, Appellant.— Judgment reversed, the information dismissed and the fine remitted, on the ground that the evidence failed to establish any violation of the statute by the defendant. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Dore, J., dissents and votes for affirmance.

MICHAEL SPIRITO, as Administrator, etc., of JESSIE M. SPIRITO, Deceased, Respondent, v. WINMAR REALTY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

LILLIAN MATOS, as Administratrix, etc., of PEDRO J. MATOS, Deceased, Respondent, v. VALLEY TRANSPORTATION Co., INC., Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed as to defendant-appellant, with costs against said appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSE DE LA GANDARA, Respondent, v. GEORGE M. PYNCHON and Others, Defendants, Impleaded with H. NICHOLAS EDWARDS and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JAN CWIK and Others, Appellants, v. CEDRIC E. FAUNTLEROY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Liquidation of LAWYERS MORTGAGE COMPANY. In the Matter of the Application of MORTGAGE COMMISSION OF THE STATE OF NEW

York, Petitioner, Respondent, for an Order Adjudicating the Company Equity in Each of the 151 Issues of Lawyers Mortgage Company Serviced by Mortgage Commission and in Each of the 207 Issues of Said Company Serviced by Lawyers Mortgage Guarantee Corporation, to Be Subject and Subordinate to the Interest of Lawyers Mortgage Company; Directing the Superintendent of Insurance, as Liquidator of Lawyers Mortgage Company, to Pay over to the Mortgage Commission Certain Funds; Authorizing Distribution of Certain Funds, and for Other Relief. Louis H. Pink, Superintendent of Insurance of the State of New York, as Liquidator of Lawyers Mortgage Company, Appellant; Brentmore Estates, Inc., and Others, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Martin, P. J., taking no part. [168 Misc. 762.]

William G. Jackson and Others v. New York Cotton Exchange, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

### (November 28, 1938.)

The People of the State of New York v. Frank Denino.— Motion for reargument denied and stay vacated. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

### (November 29, 1938.)

In the Matter of William H. Flax, an Attorney.— Motion granted. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## Second Department, October, 1938.
### (October 5, 1938.)

In the Matter of the Application of The City of New York Relative to Acquiring Title to All of the Lands, etc., Within the Area Generally Bounded by the East Line of Fulton Street and Its Southerly Prolongation, etc., so as to Provide for a Single Street between the Easterly Line of Washington Street and the Westerly Line of Fulton Street, etc., in the Borough of Brooklyn, City of New York. The City of New York, Appellant; Harold R. Woolhiser, Respondent.— Motion for reargument granted and appeal set down for argument at the foot of the present term calendar. [See 254 App. Div. 888.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. [See post, p. 855.]